In the Matter of FRED G. MORITT, Appellant and Respondent, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York and the County Board of Canvassers of the County of Kings, et al., Defendants, and LLOYD I. HERZKA, Respondent and Appellant.

Argued October 27, 1938; decided October 27, 1938.

618

*Per Curiam.* We give our judgment upon the ballots submitted to us for determination. We number them according to exhibit numbers. The following ballots, according to exhibit numbers, are declared void: 11, 60, 77, 81, 86, 90, 97, 107, 128, 29, 103, 106, 85.

The following ballots we find to be good and should be counted accordingly: 19, 44, 51 (objections withdrawn), 114 (objections withdrawn), 95, 115 (objections withdrawn), 119, 78, 123.

The order should be affirmed.

CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ.; concur; FINCH, J., taking no part.

Order affirmed.